

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR T. FRIAS, | Case No. CV 05-4564-DDP (OP) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

/ / /

/ / /

/ / /

---

[1]   Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1    IT IS ADJUDGED that Judgment be entered (1) approving and adopting this

2   Report and Recommendation; and (2) directing that Judgment be entered dismissing

3   this action with prejudice.

4

5   DATED: _8 - 8 - 08_

                                 HONORABLE DEAN D. PREGERSON

6                                    United States District Judge

7

8   Prepared by:

9

10

11   HONORABLE OSWALD PARADA
   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28